United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 19, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 17-32880 |
| HOPEWELL-PILOT PROJECT, LLC | § | |
| AND TITLE ROVER, LLC, | § | CHAPTER 7 |
| | § | |
| Debtors. | § | |
| | § | |
| HOPEWELL-PILOT PROJECT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 17-3465 |
| | § | |
| ENSOURCE INVESTMENTS LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER SETTING STATUS CONFERENCE

This adversary proceeding was filed on February 9, 2017, and the last activity was on September 11, 2018 in courtroom minutes requesting counsel to seek a scheduling conference date. There is also another adversary case with the same plaintiff and defendant filed under Case No. 17-3315.

**ACCORDINGLY, IT IS ORDERED** that a status conference is set for December 13, 2023, at 2:30 p.m. a.m. in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas in order to advise the Court of the current status of the litigation.

**SO ORDERED.**

SIGNED 10/19/2023

Jeffrey Norman
United States Bankruptcy Judge